UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL FEOLA, <br><br> Defendant. | Case No. 2:03-cr-558-JCM-LRL <br><br> **ORDER** |

Based on the above points and authorities and good cause appearing therefore, the **UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted. **IT IS HEREBY ORDERED** that the term of supervised release be terminated.

DATED August 3, 2012.

_____
UNITED STATES DISTRICT JUDGE